HOFFMAN, Respondent, v. LAKE SHORE & M. S. RY. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Edward L. Hoffman against the Lake Shore & Michigan Southern Railway Company.

PER CURIAM. Judgment of Special Term and of Buffalo Municipal Court reversed, and new trial ordered in said Municipal Court, with costs in all courts to abide event. New Trial to be had on Tuesday, February 2d, at 10 o'clock in the forenoon. Held, that there is no evidence to support the finding that the plaintiff sustained damages to the amount of $25.

ROBSON, J., dissents. KRUSE, J., not sitting.

HO-GLEN, Respondent, v. JAMES LIVINGSTON CONST CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Frank M. Ho-Glen against the James Livingston Construction Company. No opinion. Motion denied, on condition that the appellant perfect its appeal forthwith, and put the case at the foot of the present calendar; otherwise, motion granted, with $10 costs.

In re HOME TITLE INS. CO. OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) In the matter of the application of the Home Title Insurance Company of New York to be licensed and admitted to practice as an official examiner of title. No opinion. Application granted.

HONIG, Respondent, v. FOELLER, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Joseph Honig, as administrator, etc., against Louisa Foeller. No opinion. Order affirmed, with $10 costs and disbursements.

HOOGKERK, Respondent, v. BAREIS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Rosina Bareis Hoogkerk against John F. W. Bareis and others.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., and SEWELL, J., dissent.

HOOLIHAN, Appellant, v. KANE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by James C. Hoolihan against Martin Kane, as treasurer, etc. With this case has been consolidated in this court cases bearing titles as follows: Harrison F. Hurd, Respondent, v. Syracuse, Lake Shore & Northern Railroad Company, Appellant; Emilie Schaud, Respondent, v. William Scott Renner, Appellant; Thad. Collins, Jr., Appellant, v. Adelia Pearsall, Respondent; Catherine L. Wurtz et al., Appellants, v. Augustus F. Kahr et al., Respondents. No opinions. These cases having been twice reached in their regular order, and passed, are dismissed, under general rule 39.

HORDERN, Appellant, v. SALVATION ARMY, Respondent. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by David Hordern against the Salvation Army. S. G. Gibboney, for appellant. F. B. Campbell, for respondent. No opinion. Judgment affirmed, with costs, on 124 App. Div. 674, 109 N. Y. Supp. 131. Order filed.

In re HOUSEL. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) In the matter of the application of Percy L. Housel for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

HOYER et al., Respondents, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by John B. Hoyer and another against the Buffalo, Lockport & Rochester Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

HUBBARD, Appellant, v. CITY OF PORT JERVIS, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Actions by George J. Hubbard against the city of Port Jervis. No opinion. Orders affirmed, with $10 costs and disbursements.

HUGEL v. HABEL. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Samuel Hugel against Nathan K. Habel. No opinion. Motion denied, on payment of $10 costs, and on condition that appellant have appeal ready for argument at the April term. Order filed.

HUNGERFORD, Appellant, v. VILLAGE OF WAVERLY et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Martha A. Hungerford against the village of Waverly and others.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., not voting.

HUNTER, Respondent, v. UPTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Emily E. Hunter against Eli M. Upton. No opinion. Judgment affirmed, with costs.

HURLOCK, Appellant, v. MAKEEVER et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by George D. Hurlock against Sanford Makeever and others. E. V. Abbot, for appellant. B. S. Weeks, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.